UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

G & G CLOSED CIRCUIT EVENTS, LLC
                          Plaintiff(s)

Index #: 14 CV 5334

**SATISFACTION**
**OF JUDGMENT**

                against

ELADIO GONZALEZ
d/b/a SIN FRONTERAS RESTAURANT
5715 5TH AVENUE
BROOKLYN, NY  11220

                Defendant(s)
_____

**WHEREAS,** a judgment was entered in the above entitled action on
SEPTEMBER 21, 2015 in the SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY of KINGS in favor of G & G CLOSED CIRCUIT EVENTS, LLC and
against ELADIO GONZALEZ d/b/a SIN FRONTERAS RESTAURANT for the sum of
$4,120.00 which judgment was docketed on  in the office of the Clerk
and said judgment has been paid and the sum of 00.00 remains unpaid.
        **AND,** it is certified that there are no outstanding executions
with any Sheriff or Marshal within the State of New York,
        **THEREFORE,** satisfaction of said judgment is hereby acknowledged,
and the said Clerks are hereby authorized and directed to make an
entry of satisfaction on the docket of said judgment.

Dated:  5/10/19

_____
Paul J. Hooten, Esq.

Uniform Form Certificate of Acknowledgment
**State of New York**        )
**County of Suffolk**        )ss:
        On the _10_ day of _may_ in the year 2019,
before me, the undersigned personally appeared Paul J. Hooten, Esq.
Attorney for the Plaintiff in the above entitled action, personally
known to me or proved to me on the basis of satisfactory evidence to
be the individual(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same
in  his/her/their  capacity(ies),  and  that  by  his/her/their
signature(s)on the instrument the individual(s), or person upon behalf
of which the individual(s) acted, executed the instrument.

Lorraine Dwyer
Notary Public, State of New York
01DW6044794
Qualified in Suffolk County
Commission Expires July 10, 2022

Lorraine Dwyer
CLAIM NO. 220057