UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
G&G CLOSED CIRCUIT EVENTS, LLC, :
:
                Plaintiff, :
: REPORT &
    -against- : RECOMMENDATION
: 14-CV-5334 (RRM) (SMG)
ELADIO GONZALEZ *doing business as* SIN :
FRONTERAS RESTAURANT, :
:
                Defendant. :
-------------------------------------------------------------x
GOLD, STEVEN M., U.S. Magistrate Judge:

      A default judgment was entered in favor of plaintiff on September 21, 2015. Dkt. 17. Defendant filed a letter motion to vacate the judgment on November 29, 2018. Dkt. 19. Defendant's motion was granted by Memorandum and Order dated September 30, 2019. Dkt. 21.

      Once the default judgment was vacated, I scheduled a status conference for October 22, 2019. Counsel for plaintiff appeared, as did defendant Gonzalez, representing himself. During that conference, plaintiff's counsel advised the Court that the judgment entered on September 21, 2015 had been paid and that a satisfaction of judgment, Dkt. 20, had been filed. Accordingly, plaintiff sought no further damages from defendant and no further relief from the Court.

      The Court, after arranging for the assistance of an interpreter, explained to defendant that plaintiff was not seeking any further damages from him, but that he had a right to seek to have the funds that had already been paid to plaintiff returned. Defendant stated that he did not wish to continue the case and seek to recover the amount he had already paid. Rather than accept his decision to surrender his rights during the conference, though, I told defendant that he could submit a letter by November 8, 2019, stating whether or not he intended to pursue this case. In

addition, I alerted defendant that, if he failed to submit a letter by November 8, I would recommend that the case be closed. Min. Entry dated October 22, 2019, Dkt. 24.[1]

Defendant has not submitted a letter or otherwise communicated with the Court since the conference held on October 22, 2019. Accordingly, and for the reasons stated above, I respectfully recommend that this case be closed. Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than December 5, 2019. Failure to object to this Report may waive the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                                  _____
                                                                  STEVEN M. GOLD
                                                                  UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
November 21, 2019

*U:\#Clerk Files\Decisions 2018-2019\14-CV-5334 G&G Closed Circuit Events, LLC v. Gonzalez 112119.docx*

---

[1] No transcript of the October 22, 2019 conference has been prepared. An audio recording of the proceeding was made, however, and that recording was reviewed by the Court in connection with the preparation of this Report and Recommendation.