Case 1:14-cv-05334-RRM-PK   Document 26   Filed 01/11/21   Page 1 of 1 PageID #: 165

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
G&G CLOSED CIRCUIT EVENTS, LLC,

            Plaintiff,

  - against -

ELADIO GONZALEZ *doing business as* SIN FRONTERAS RESTAURANT,

            Defendant.
------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
14-CV-5334 (RRM) (PK)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      In a *sua sponte* report and recommendation dated November 21, 2019, (the "R&R"), Magistrate Judge Steven M. Gold recommended that the Court close this case. (R&R (Doc. No. 25).) Judge Gold advised the parties that any objections to the R&R had to be filed by December 5, 2019. (*Id.* at 2.) To date, neither party has filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

      ORDERED that the R&R is adopted in its entirety and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       January 11, 2021

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge